```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x
Innocent Ulahannan,                 :
                                    :
                                    :   20 Civ. 506 (LAP)
            Plaintiff,              :
                                    :
        -against-                   :   ORDER OF CONFERENCE
                                    :
Roosevelt Island Operating          :
Corporation, et al.,                :
                                    :
            Defendants.             :
-----------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

    It is hereby

    ORDERED that counsel are directed to appear via telephone on February 11, 2021 at 10:30 a.m. for an Initial Pretrial conference in the above action.  The dial-in for the conference is (888) 363-4734, access code 4645450.

SO ORDERED.

                                                */s/ Loretta A. Preska*
                                       _____
                                       LORETTA A. PRESKA, Senior U.S.D.J.

Dated: January 7, 2021

       New York, New York