UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INNOCENT ULAHANNAN,<br><br>                 Plaintiff<br><br>       -against-<br><br>ROOSEVELT ISLAND OPERATING COPORATION et al.,<br><br>                 Defendants. | 20 Civ. 00506 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The dial-in information for the February 11, 2021, 10:30 a.m. Initial Pretrial teleconference has been modified.  The dial-in for the conference is (877) 402-9753, access code: 6545179.

**SO ORDERED.**

Dated:   New York, New York
         February 5, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge