UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Ulhannan,
:
:   20 cv 506 (LAP)
Plaintiff(s),   :
:   ORDER
-against-   :
Roosevelt Island,
:
:
Defendant(s).   :
:
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and inform Judge Preska by letter no later than April 8, 2022 of the status of the action/remaining claims/defendants.

SO ORDERED.

_Loretta A. Preska_

LORETTA A. PRESKA,

Senior U.S.D.J.

Dated: March 29, 2022
New York, New York